# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-40732
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 29, 2017

Lyle W. Cayce
Clerk

LESLIE J. DAVIS, JR.,

Plaintiff-Appellant

v.

BRAD LIVINGSTON; BRYAN COLLIER; MATT GROSS; KEVIN WHEAT; BILLY REEVES,

Defendants-Appellees

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:16-CV-76

Before JONES, WIENER, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

Leslie J. Davis, Jr., Texas prisoner # 676293, appeals an order by the United States District Court for the Southern District of Texas transferring his 42 U.S.C. § 1983 action to the Eastern District of Texas pursuant to 28 U.S.C. § 1404(a). We lack jurisdiction to review this non-final decision. *See In re Volkswagen of Am., Inc.*, 545 F.3d 304, 319 (5th Cir. 2008) (en banc); *Askanase*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-40732

*v. Livingwell, Inc.*, 981 F.2d 807, 809-10 (5th Cir. 1993).  Instead, a petition for writ of mandamus is the appropriate means for contesting the order.  *See Volkswagen*, 545 F.3d at 308-09.  The appeal is DISMISSED, and the motion for an order holding the defendants in contempt is DENIED.